IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES C. FOCHT and KAREN FOCHT,<br><br>Plaintiffs<br><br>v.<br><br>SETERUS, INC.,<br><br>Defendant | CIVIL ACTION NO.   3:18-cv-151 |

**CERTIFICATION OF SERVICE**

I, Eric J. Phillips, Esquire hereby certify that on this 30th day of July 2018, a true and correct copy of the within, Defendant's Notice of Removal was served via first class mail, postage prepaid upon:

Sy O. Lampl, Esq.
223 Fourth Avenue
4th Floor
Pittsburgh, PA 15222


HLADIK, ONORATO & FEDERMAN, LLP

By: _____
Stephen M. Hladik, Esquire
Eric J. Phillips, Esquire
Lauren L. Schuler, Esquire
*Attorneys for Defendant*
*Seterus, Inc.*