IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES C. FOCHT and KAREN FOCHT | |
| Plaintiffs | CIVIL ACTION NO. 3:18-cv-151 |
| v. | |
| SETERUS, INC. | |
| Defendant | |

**DEFENDANT SETERUS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Seterus, Inc., by counsel of record, hereby states as follows:

Defendant Seterus, Inc., is a wholly owned subsidiary of Pixel Acquisition Corp., that, is in turn, wholly owned by International Business Machines Corporation.

Respectfully submitted,

**HLADIK, ONORATO & FEDERMAN, LLP**

By: */s/ Eric J. Phillips*
    Stephen M. Hladik, Esquire
    Eric J. Phillips, Esquire
    Lauren L. Schuler, Esquire
    *Attorneys for Defendant*
    *Seterus, Inc.*

Date: September 17, 2018